UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAURICE RICHARDS, #668154,
ANDREW JOHN STREU, #950834,

        Plaintiffs,

v.                                              CASE NO. 2:20-CV-13447
                                               HONORABLE SEAN F. COX

CHARLES EGELER RECEPTION
AND GUIDANCE CTR.,

        Defendant.
_____/

## OPINION AND ORDER DISMISSING CASE

Michigan prisoners Maurice Richards and Andrew John Streu ("Plaintiffs") submitted an unsigned joint civil rights complaint pursuant to 42 U.S.C. § 1983. In their complaint, they challenge the prison conditions, particularly with respect to COVID-19, at the Charles Egeler Reception and Guidance Center ("Center") in Jackson, Michigan. Plaintiffs name the Center as the defendant in this action and seek monetary damages, home confinement/tether, and immediate release from custody. Neither Plaintiff paid the filing fee and administrative fee for this action, but Plaintiff Richards filed a signed, but undated and incomplete application to proceed without prepaying fees or costs.

The Court issued a deficiency order on May 18, 2021 requiring Plaintiffs to submit a signed complaint and to submit either the required fees or properly completed applications to proceed without prepayment of the filing fee within 30 days of the filing date of the order. The order provided that if they did not do so, the case would be dismissed. In response to the Court's order, Plaintiff Streu submitted a notice indicting that he does not want to be a party to this action. Plaintiff Richards has

not responded to the Court's order nor corrected the deficiencies.[1]  Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this case as to Plaintiff Streu based upon his notice and as to Plaintiff Richards based upon his failure to comply with the federal rules and the Court's order.  Should Plaintiff Richards wish to pursue his claims, he must file a new civil rights action that complies with the applicable filing requirements.  This case is closed and will not be reopened.

**IT IS SO ORDERED**.

        s/Sean F. Cox
        Sean F. Cox
        United States District Judge

Dated: July 8, 2021

---

[1] Given Plaintiff Streu's notice that he does not want to be a party to this action, Plaintiff Richards is responsible for the entire filing fee and administrative fee for this case.